UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MAGEE,<br><br>            Plaintiff,<br><br>   v.<br><br>CHAVEZ, et. al.,<br><br>            Defendant. | CASE NO.1:05-CV-1563-OWW DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights act pursuant to 42 U.S.C. § 1983. Plaintiff filed an amended complaint on October 5, 2006. The court has screened Plaintiff's amended compliant against Defendants for excessive use of force in violation of the Eighth Amendment. The complaint appears to state cognizable claims for relief for excessive force against Defendant Chavez and Simpson.   Accordingly, IT IS HEREBY ORDERED that:

    1.    Service is appropriate for Defendants Chavez and Simpson.

    2.    The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed October 5, 2006.

    3.    Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

1  Court with the following documents:
2     a.   Completed summons;
3     b.   One completed USM-285 form for each defendant listed above; and
4     c.   Three (3) copies of the endorsed amended complaint filed October 5, 2006.
5  4.   Plaintiff need not attempt service on Defendants and need not request waiver of
6  service.  Upon receipt of the above-described documents, the court will direct the
7  United States Marshal to serve the above-named Defendants pursuant to Federal Rule
8  of Civil Procedure 4 without payment of costs.
9  5.   <u>The failure to comply with this Order will result in a Recommendation that this action
10  be dismissed.</u>

IT IS SO ORDERED.

Dated: **May 8, 2007**                    /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE