# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MAGEE, | CASE NO. 1:05-CV-1563-OWW DLB-P |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | [Doc 12] |
| CHAVEZ, et.al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 8, 2005. The court dismissed plaintiff's compliant with leave to amend on September 13, 2006. Plaintiff filed an amended complaint on October 5, 2006. On May 8, 2007, the Court issued a recommendation that this action proceed against defendants Chavez and Simpson and that the remaining defendants be dismissed for failure to state a claim upon which relief can be granted. The Court also issued an order requiring plaintiff to submit USM-285 forms as to defendants Chavez and Simpson.

The second amended complaint appears to state cognizable claims for relief for excessive force against Defendant Chavez and Simpson. Accordingly, the Findings and Recommendations issued May 8, 2007 are HEREBY VACATED. IT IS HEREBY ORDERED that service is appropriate for Defendants Chavez and Simpson. Because plaintiff has already submitted the required documents for service. The Clerk is directed to proceed with service on defendants Chavez and Simpson.

1  IT IS SO ORDERED.

2  Dated:   June 13, 2007                  /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE