IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY MAGEE,** | 1:05-CV-1563 OWW DLB (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| **CHAVEZ, et. al.,** | The Honorable Oliver W. Wanger |
| Defendants. | |

On October 11, 2007 Defendants filed a request for an extension of time to file their responsive pleading, with a supporting declaration of Tania H. Colderbank.

**FOR GOOD CAUSE SHOW**, all Defendants are granted an extension of time, up to and including November 30, 2007, in which to file their responsive pleading.

05pc1563.ext.magee.wpd
SA2007301618

IT IS SO ORDERED.

Dated:   October 12, 2007                    /s/ Dennis L. Beck
                                                             UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Defendants' Request for Extension of Time to File Responsive Pleading

1