IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MAGEE,<br><br>             Plaintiff,<br><br>     v.<br><br>CHAVEZ, et. al.,<br><br>             Defendants. | 1:05-CV-1563 OWW DLB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

On November 28, 2007 Defendants filed a second request for an extension of time to file their responsive pleading, with a supporting declaration of Tania H. Colderbank.

**FOR GOOD CAUSE SHOW**, Defendants are granted an extension of time, up to and including December 30, 2007, in which to file their responsive pleading.

05pc1563.grt.eot.Magee.DLB.dm.jh.wpd
SA2007301618

IT IS SO ORDERED.

Dated:   **December 10, 2007**            /s/ Dennis L. Beck

[Proposed] Order Granting Defendants' Second Request for Extension of Time to File Responsive Pleading

1

| | |
|---|---|
| 1 | UNITED STATES MAGISTRATE JUDGE |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |