1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JIMMY MAGEE,                                    CASE NO. 1:05-cv-01563-OWW-DLB PC

10                          Plaintiff,             ORDER VACATING FINDINGS AND
                                                   RECOMMENDATIONS

11         v.                                      (Doc. 31)

12  CHAVEZ, et al.,
                                                   ORDER GRANTING DEFENDANTS LEAVE
13                          Defendants.            TO RESPOND TO SUR-OPPOSITION

14  _____/              (Doc. 49)

15

16         Plaintiff Jimmy Magee ("plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on

18  plaintiff's second amended complaint, filed June 1, 2007, against defendants Chavez and Simpson

19  ("defendants") for use of excessive force, in violation of the Eighth Amendment.  On December 28,

20  2007, defendant filed a motion to dismiss for failure to exhaust. (Doc. 31.)

21         On May 30, 2008, this court issued a Findings and Recommendations recommending that

22  defendants' motion be denied. (Doc. 45).  Defendants filed their objections on June 20, 2008, stating

23  that the court had considered plaintiff's sur-opposition, without providing them with an opportunity

24  to respond to the arguments raised therein.

25         Good cause appearing, the court shall vacate the Findings and Recommendations.

26  Defendants are granted leave to respond to plaintiff's sur-opposition, and shall file a response within

27  twenty (20) days of service of this order.

28         As both parties will now have had ample opportunity to present their arguments, **no further**

1    **responses or sur-replies, submitted by any party, will be considered in the motion to dismiss**

2    **for failure to exhaust.**

3        IT IS SO ORDERED.

4      **Dated:**     **July 23, 2008**          **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE