# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MAGEE,<br><br>           Plaintiff,<br><br>   v.<br><br>CHAVEZ, et.al.,<br><br>           Defendant.<br>_____/ | CASE NO. 1:05-CV-1563-OWW DLB-P<br><br>ORDER DENYING MOTION TO COMPEL DISCOVERY<br><br>(Docs. 29, 51) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2007, plaintiff filed a motion for an order opening discovery in this action. (Doc. 29). Plaintiff filed a further motion on June 26, 2008. (Doc. 51).

Plaintiff's request is premature. Plaintiff is advised that the court will issue a Scheduling and Discovery Order after defendants have filed an answer to plaintiff's amended complaint. An answer is not yet due. If and when an answer if filed, the court will issue a Scheduling and Discovery Order.

Based on the foregoing, plaintiff's motions to compel discovery, filed December 6, 2007 and June 26, 2008, are denied.

IT IS SO ORDERED.

    **Dated:   July 24, 2008**                           /s/ **Dennis L. Beck**
                                                                                 UNITED STATES MAGISTRATE JUDGE