# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MAGEE, | CASE NO. 1:05-cv-01563-OWW-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR A COURT ORDER MANDATING PLAINTIFF BE PROVIDED WITH LAW LIBRARY ACCESS |
| v. | |
| CHAVEZ, et al., | |
| Defendants. | (Doc. 48) |

_____/

Plaintiff Jimmy Magee, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 25, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  On August 5, 2008, plaintiff filed an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 25, 2008, is adopted in full; and
2. Plaintiff's motion for a court order, filed June 19, 2008, is HEREBY DENIED.

1

1  IT IS SO ORDERED.

2  **Dated:   September 9, 2008**           /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE