# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MAGEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHAVEZ, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:05-cv-01563-OWW-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING MOTION TO DISMISS FOR FAILURE TO EXHAUST, AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. 63) |

Plaintiff Jimmy Magee, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 4, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On September 30, 2008, plaintiff filed an Objection. Defendants did not file an objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 4, 2008, is adopted in full; and

2. Defendants' motion to dismiss, filed December 28, 2007 is GRANTED and this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:** **March 10, 2009**         **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE